# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY SZYPER, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-4642 |
| | : | |
| AMERICAN MEDICAL RESPONSE MID-ATLANTIC, INC. *et al.* | : | |

## ORDER

**AND NOW**, this **1st** day of **December 2021**, upon consideration of Defendants' Motions for Summary Judgment (ECF Nos. 34 and 35), Plaintiff's Responses in Opposition (ECF Nos. 38 and 39), Defendants' Replies (ECF Nos. 40, 41 and 42), and Plaintiff's Surreply (ECF No. 43), it is hereby **ORDERED** that Defendants' Motions (ECF Nos. 34 and 35) are **GRANTED**.

The Clerk of the Court is directed to close this docket.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**